IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  :
for the use and benefit of SPAID, INC.
                                    :

v.                                       Civil #L-00-2614
                                    :

TCC CONTRACTING CO., et al.
                                    :

## ORDER

The parties have agreed to stay this case pending binding arbitration. Accordingly, it is this _____ day of November, 2000,

ORDERED, that pursuant to 9 U.S.C. § 3, the case is hereby ADMINISTRATIVELY CLOSED. Any party may move to have the case reopened for good cause shown;

ORDERED, that the parties shall submit all issues herein to binding arbitration before the American Arbitration Association as required by the terms of the contract between the parties;

ORDERED, that after the arbitration is over, counsel shall submit an Order dismissing the case; and

The Clerk of Court is directed to send this Order to all parties of record.

_____
Benson Everett Legg
United States District Judge