IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SPAID, INC. | * | |
| Plaintiff | * | |
| v. | * | |
| TCC CONTRACTING CO., et al. | * | Case No.: L00CV2614 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), the parties hereto stipulate to the voluntary dismissal of this matter with prejudice.

STATLAND & BUCKLEY, P.C.　　　　　　BODIE, NAGLE, DOLINA
　　　　　　　　　　　　　　　　　　　SMITH & HOBBS, P.A.


_____　　　_____
David W. Buckley, Esquire　　　　　　Louis E. Grenzer, Jr.
1828 L Street, N.W., #660　　　　　　21 W. Susquehanna Avenue
Washington, D.C. 20036　　　　　　　 Towson, Maryland 21204
(202) 296-0555　　　　　　　　　　　 (410) 823-1250
Attorneys for Plaintiff　　　　　　　Attorneys for Defendants

Approved
4/16/01